WILMINGTON CITY SCHOOL DISTRICT BOARD OF EDUCATION, APPELLANT AND CROSS-APPELLEE, *v.* CLINTON COUNTY BOARD OF COMMISSIONERS, APPELLEE, ET AL.; ABX AIR, INC. ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *Wilmington City School Dist. Bd. of Edn. v. Clinton Cty. Bd. of Commrs.* (2001), 92 Ohio St.3d 1215.]

1216 

(No. 00–1304—Submitted April 4, 2001 at the Lawrence
County Session—Decided July 5, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Means, Bichimer, Burkholder & Baker Co., L.P.A., Robert M. Morrow* and *Sherrille D. Akin,* for appellant and cross-appellee.

*William C. Peele,* Clinton County Prosecuting Attorney, and *Thayne D. Gray,* Assistant Prosecuting Attorney, for appellee Clinton County Board of Commissioners.

*Vorys, Sater, Seymour & Pease L.L.P., Daniel J. Buckley, Carol Mahaffey* and *Mary C. Henkel,* for appellee and cross-appellant ABX Air, Inc.

*Coolidge, Wall, Womsley & Lombard Co., L.P.A., Roger J. Makley* and *Dina M. Cary,* for appellee and cross-appellant Miller–Valentine Partners, Ltd.

*Bricker & Eckler L.L.P.* and *Kimball H. Carey,* for *amicus curiae,* Ohio School Boards Association.